B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–40698**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian A. Baranski Sr | Theresa Baranski |
| 730 Big Timber Dr. | 730 Big Timber Dr. |
| Joliet, IL 60431 | Joliet, IL 60431 |

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9585                                      xxx–xx–2048

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 3, 2015                              Jeffrey P. Allsteadt, Clerk
                                                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-40698-BWB
Brian A. Baranski, Sr                                                 Chapter 7
Theresa Baranski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2           Date Rcvd: Feb 03, 2015
                              Form ID: b18             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
```
db/jdb         +Brian A. Baranski, Sr,    Theresa Baranski,    730 Big Timber Dr.,    Joliet, IL 60431-8940
22617921        Allied Anesthesia Assoc.,    PO Box 1123,    Jackson, MI 49204-1123
22658471       +Americredit Financial Services dba GM Financial,     P O Box 183853,    Arlington, TX 76096-3853
22617923       +Assoc. Pathologists of Joliet,    Attn:Bankruptcy,    333 Madison Street,    Joliet, IL 60435-8200
22617924       +Atg Credit,    1700 W Cortland St. Ste. 2,    Chicago, IL 60622-1166
22617926       +Caneva Foot And Ankle Clinic,    3723 Franklin Street,    Michigan City, IN 46360-7310
22617929       +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
22617930       +Cda/pontiac,   Attn:Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
22617931        Citi Mortgage,    Bankruptcy Department,    PO Box 6043,    Sioux Falls, SD 57117-6043
22617933       +Citifinancial,    Attn: Bankruptcy Dept.,    118 N. Oak Park Ave.,    Oak Park, IL 60301-1304
22617935        Comcast,    PO Box 3002,   Southeastern, PA 19398-3002
22617936        Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
22617939       +Eos Cca,    700 Longwater Dr.,    Norwell, MA 02061-1624
22617940        Future Diagnostics Group LLC,    254 Republic Ave.,    Joliet, IL 60435-6518
22617942        Heartland Cardiovascular Center,    1890 Silver Cross Blvd,    Suite 240,
                 New Lenox, IL 60451-9528
22617943        Heartland Cardiovascular Center, LL,    301 N Madison Street,    Suite 275,
                 Joliet, IL 60435-8152
22617944        Hinsdale Orthopaedic Associates SC,    PO Box 914,    La Grange, IL 60525-0914
22617946        Illinois Collection  SE,    Attn Bankruptcy Dept.,    8231 185th Street, Ste 100,
                 Tinley Park, IL 60487-9356
22617947        Illinois Collection Services,    PO Box 1010,    Tinley Park, IL 60477-9110
22617948        Joliet Radiological Service Corp.,    36910 Treasury Center,    Chicago, IL 60694-6900
22617949       +Mci,   Cas Dept,   500 Technology Dr.,    Weldon springs, MO 63304-2225
22617950       +Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
22617951       +Numark Cu,    P.o. Box 2729,   Joliet, IL 60434-2729
22617952       +Presence St. Joseph Medical Center,    333 W. Madison St.,    Joliet, IL 60435-8233
22617954       +Silver Cross Hospital,    1900 Silver Cross Blvd.,    New Lenox, IL 60451-9509
22617953        Silver Cross Hospital,    Bankruptcy Department,    PO Box 739,    Moline, IL 61266-0739
22617956       +Vision Financial Services,    1900 W. Severs Rd.,    La Porte, IN 46350-7855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QPNMETROU.COM Feb 04 2015 02:23:00      Peter N Metrou,    Metrou & Associates PC,
                 123 W Washington St Suite 216,    Oswego, IL 60543-1049
22617922       +EDI: AGFINANCE.COM Feb 04 2015 02:23:00      American General Fincl/Springleaf,
                 Springleaf Financial Attn:BK. Dept.,    PO Box 3251,    Evansville, IN 47731-3251
22617928        E-mail/Text: coafinternalbkteam@capitaloneauto.com Feb 04 2015 02:40:14
                 Capital One Auto Finance,    Bankruptcy Dept.,    3901 Dallas Parkway,    Plano, TX 75093-7864
22617927        E-mail/Text: coafinternalbkteam@capitaloneauto.com Feb 04 2015 02:40:14
                 Capital One Auto Finance,    3905 N. Dallas Pkwy.,    Plano, TX 75093-7892
22632231       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 04 2015 03:37:59
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 201347,
                 Arlington, TX 76006-1347
22617932       +EDI: CIAC.COM Feb 04 2015 02:23:00      Citi Mortgage Inc.,    PO Box 9438,
                 Gaithersburg, MD 20898-9438
22617937       +EDI: CCS.COM Feb 04 2015 02:23:00      Credit Coll,    Po Box 9133,    Needham, MA 02494-9133
22617938       +E-mail/Text: clerical.department@yahoo.com Feb 04 2015 02:38:06      Creditors Collection B,
                 PO Box 63,   Kankakee, IL 60901-0063
22617941        EDI: PHINAMERI.COM Feb 04 2015 02:23:00      GM Financial,    PO Box 181145,
                 Arlington, TX 76096-1145
22617945       +EDI: IIC9.COM Feb 04 2015 02:23:00      IC Systems,    444 Highway 96 East,
                 Saint Paul, MN 55127-2557
22617955        EDI: AGFINANCE.COM Feb 04 2015 02:23:00      Springleaf Financial Services,
                 Bankruptcy Department,    17818 S. Halsted St,    Homewood, IL 60430
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22617925*      +Atg Credit,    1700 W. Cortland St. Ste. 2,    Chicago, IL 60622-1166
22617934     ##+CitiFinancial,    4500 New Linden Hill Rd,    Wilmington, DE 19808-2922
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: admin              Page 2 of 2           Date Rcvd: Feb 03, 2015
                              Form ID: b18             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2015 at the address(es) listed below:
              David M Siegel    on behalf of Debtor Brian A. Baranski, Sr davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              David M Siegel    on behalf of Joint Debtor Theresa  Baranski davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```